| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Manuel Godinez Jr.** | Social Security number or ITIN **xxx–xx–4538** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Texas | Date case filed for chapter **7   10/11/19** |
| Case number: | 19–11393–tmd | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Manuel Godinez Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9001 Northgate Blvd., #219<br>Austin, TX 78758 | |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas M Wajda<br>Wajda & Associates, APC<br>5430 Lyndon B Johnson Fwy, Ste. 1200<br>Dallas, TX 75206 | Contact phone 214–396–6008<br><br>Email:  nick@recoverylawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Contact phone 830–407–5115<br><br>Email:  pat.lowe.law@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **1**

Debtor **Manuel Godinez Jr.**  Case number **19–11393–tmd**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701–0 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (512) 916–5237<br><br>Date: 10/12/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Austin Room 1500, Homer Thornberry Bldg., 903 San Jacinto, Austin, TX 78701** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/13/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                                  United States Bankruptcy Court
                                   Western District of Texas
In re:                                                        Case No. 19-11393-tmd
Manuel Godinez, Jr.                                           Chapter 7
      Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0542-1           User: admin                 Page 1 of 2                  Date Rcvd: Oct 14, 2019
                               Form ID: 309A               Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
```
db             +Manuel Godinez, Jr.,    9001 Northgate Blvd., #219,    Austin, TX 78758-6409
17881711       +Cash Advance America Inc.,    3017 Douglas Blvd,    Roseville, CA 95661-3848
17881716       +Home Credit,    Attn: Bankruptcy,    Po Box 2394,    Omaha, NE 68103-2394
17881718       +Merchants & Professional Credit Bureau,    Attn: Bankruptcy,     5508 Parkcrest Dr Ste. 210,
                 Austin, TX 78731-4929
17881720       +National Credit Systems, Inc.,    Attn: Bankruptcy,    Po Box 312125,    Atlanta, GA 31131-2125
17881721       +Progressive Leasing,    P.O. Box 413110,    Salt Lake City, UT 84141-3110
17881724       +Sun Loan #360,    4410 E Riverside Drive,    Austin, TX 78741-4799
17881729      ++TEMPOE LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                 CINCINNATI OH 45202-3576
                (address filed with court: Why Not Lease It,    1750 Elm Street Suite 1200,
                 Manchester, NH 03104)
17881726       +Texas Dps Credit Union,    Po Box 15346,    Austin, TX 78761-5346
17881727       +Title Max,    6503 Westminster Ave,    Westminster, CA 92683-3625
17881730        Woodforest Bank,    220 US-6,    Milford, PA 18337
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: nick@recoverylawgroup.com Oct 14 2019 21:11:42     Nicholas M Wajda,
                 Wajda & Associates, APC,    5430 Lyndon B Johnson Fwy, Ste. 1200,    Dallas, TX 75206
tr             +EDI: QJPLOWE.COM Oct 15 2019 01:18:00      John Patrick Lowe,    2402 East Main Street,
                 Uvalde, TX 78801-4943
ust             E-mail/Text: ustpregion07.au.ecf@usdoj.gov Oct 14 2019 21:11:46
                 United States Trustee - AU12,    United States Trustee,    903 San Jacinto Blvd, Suite 230,
                 Austin, TX 78701-2450
17881709        EDI: ATTWIREBK.COM Oct 15 2019 01:18:00      AT&T Uverse,    P.O. Box 5014,
                 Carol Stream, IL 60197-5014
17881707       +E-mail/Text: mnapoletano@ars-llc.biz Oct 14 2019 21:11:51     Ability Recovery Service,
                 Attn: Bankruptcy,    Po Box 4262,    Scranton, PA 18505-6262
17881708       +EDI: PHINAMERI.COM Oct 15 2019 01:18:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
17881710       +EDI: RMSC.COM Oct 15 2019 01:18:00      Care Credit,    950 Forrer Blvd.,    Dayton, OH 45420-1469
17881712       +E-mail/Text: bncnotices@becket-lee.com Oct 14 2019 21:11:51     Conn Appliances Inc,    Box 2358,
                 Beaumont, TX 77704-2358
17881713       +EDI: CCS.COM Oct 15 2019 01:18:00      Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
17881714       +E-mail/Text: bknotice@ercbpo.com Oct 14 2019 21:11:48     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
17881715       +EDI: PHINAMERI.COM Oct 15 2019 01:18:00      GM Financial,    P.O. Box 183834,
                 Arlington, TX 76096-3834
17881717       +E-mail/Text: bncnotices@becket-lee.com Oct 14 2019 21:11:44     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
17881719       +EDI: MID8.COM Oct 15 2019 01:18:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
17881723        EDI: NEXTEL.COM Oct 15 2019 01:18:00      Sprint,    P.O. Box 54977,    Los Angeles, CA 90054-0977
17881722        E-mail/Text: bankruptcy@speedyinc.com Oct 14 2019 21:11:45      Speedy Cash,
                 3611 North Ridge Road,    Wichita, KS 67205-1214
17881725       +EDI: RMSC.COM Oct 15 2019 01:18:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
17881728       +EDI: VERIZONCOMB.COM Oct 15 2019 01:18:00      Verizon Wireless,    Attn: Bankruptcy,
                 500 Technology Dr, Ste 550,    Weldon Spring, MO 63304-2225
17881731       +EDI: WABK.COM Oct 15 2019 01:18:00      World Finance Corp/World Acceptance,    Attn: Bankruptcy,
                 Po Box 6429,    Greenville, SC 29606-6429
                                                                                               TOTAL: 18
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2019 at the address(es) listed below:
NONE.                                                                              TOTAL: 0
```